Dismissed and Memorandum Opinion filed November 2, 2006








Dismissed
and Memorandum Opinion filed November 2, 2006.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00665-CV

____________

 

IN THE MATTER OF M.S.V., A Child

 

 

 

 



 

On Appeal from the County Court No. 3

Galveston County,
Texas

Trial Court Cause No. 00JV0294

 



 

M E M O R A N D U M   O P I N I O N

A
written request to withdraw the notice of appeal, together with an affidavit
personally signed by appellant, has been filed with this Court.  See Tex. R. App. P. 42.2.  Because this
Court has not delivered an opinion, we grant appellant=s request.

Accordingly,
we order the appeal dismissed.  We direct the Clerk of the Court to issue the
mandate of the Court immediately.

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed
November 2, 2006.

Panel consists of Justices Anderson, Hudson, and Guzman.